UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x Civil Action No.: CV-04-5506 (CBA)(SMG)

UNITED STATES OF AMERICA,  §
§
             Plaintiff,  §
  - against-  §
§
CONRAD PETER KEENE,  §
§
             Defendant.  §
------------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 19 2005 ★

P.M. _____
TIME A.M. _____

## DEFAULT JUDGMENT

Because Conrad Peter Keene failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Conrad Peter Keene:

**Claim No. C99-07457W**

| | |
|---|---|
| Principal Balance: | $2,614.58 |
| Total Interest Accrued at 8.000%: | $3,431.97 |
| Filing and Service of Process: | $180.00 |
| Subtotal: | $6,226.55 |
| Attorney's Fees: | $1245.00 |
| Total Owed: | $7471.55 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
Aug 15, 2005

/s/ HON. CAROL B. AMON
Carol Bagley Amon
United States District Judge